JUDGE SCHEINDLIN

**11 CIV 4549**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Walker, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust, <br><br> HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and <br><br> THE EXTENDED STAY LITIGATION TRUST, <br><br>       Plaintiffs, <br> vs. <br><br> THE BLACKSTONE GROUP, L.P., *et al.* <br><br>       Defendants. | Case No.  |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE
DISCLOSURE STATEMENT FOR THE BLACKSTONE DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the Blackstone Defendants states that:

1. **The Blackstone Group L.P.** states that its parent corporation is Blackstone Group Management L.L.C., and that no publicly traded corporation holds 10% or more of The Blackstone Group L.P.'s stock on a fully diluted basis.

2. The parent entity of **Blackstone Holdings I L.P.** is Blackstone I/II GP Inc.

3. The parent entity of **Blackstone Holdings II L.P.** is Blackstone I/II GP Inc.

4. The parent entity of **Blackstone Holdings III L.P.** is Blackstone Holdings III GP L.P.

5. The parent entity of **Blackstone Holdings IV L.P.** is Blackstone Holdings IV GP L.P.

6. There is no longer an entity currently named **Blackstone Holdings V L.P.**

7. The parent entity of **Blackstone Holdings I/II GP Inc.** is The Blackstone Group L.P.

8. The parent entity of **Blackstone Holdings III GP Management L.L.C.** is The Blackstone Group L.P.

9. The parent entity of **Blackstone Holdings IV GP L.P.** is Blackstone Holdings IV GP Management (Delaware) L.P.

10. There is no longer an entity currently named **Blackstone Holdings V GP L.P.**

11. The parent entity of **Blackstone Real Estate Partners IV L.P.** is Blackstone Real Estate Associates IV L.P.

12. The parent entity of **Blackstone Capital Partners IV L.P.** is Blackstone Management Associates IV L.L.C.

13. The parent entity of **BHAC IV, L.L.C.** is BRE/ESJV L.L.C.

14. The parent entity of **BRE/HV Holdings, L.L.C.** is BRE/HV Member L.L.C.

15. The parent entity of **Blackstone Hospitality Acquisitions III L.L.C.** is BRE/HVJV L.L.C..

16. The parent entity of **Prime Hospitality LLC LLC** is Blackstone Real Estate Partners IV L.P.

2

|  |  |
|---|---|
| Dated: July 1, 2011<br>New York, New York | Respectfully submitted,<br><br>*/s/ Richard M. Cieri*<br>_____<br>Richard M. Cieri<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York  10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Jeffrey S. Powell<br>Daniel T. Donovan<br>KIRKLAND & ELLIS LLP<br>655 15th Street NW, Suite 1200<br>Washington, D.C.  20005<br>Telephone:    (202) 879-5000 |