IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Walker, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>     Plaintiffs,<br>vs.<br><br>THE BLACKSTONE GROUP, L.P., *et al.*<br><br>     Defendants. | Case No. 11-cv-4549 (SAS) |

## **CERTIFICATE OF SERVICE**

    I, Richard M. Cieri, the undersigned, certify under penalty of perjury, that on July 11, 2011, I caused a true and correct copy of the Blackstone Defendant's Memorandum on the Referral of this Case to the Bankruptcy Court to be served, by electronic mail, upon:

> Marc D. Powers (mpowers@bakerlaw.com)
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> 212-589-4200
> *Attorneys for Plaintiffs*

Dated:  July 12, 2011

                                                  _*s/ Richard M. Cieri*_____
                                                  Richard M. Cieri